```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11
    WANITA BONDS,                 )    1:04-cv-05826 SMS
12                                )
               Plaintiff,         )    STIPULATION AND ORDER
13                                )    AWARDING EAJA ATTORNEY FEES
          v.                      )
14                                )
    JO ANNE B. BARNHART,          )
15  Commissioner of Social        )
    Security,                     )
16                                )
               Defendant.         )
17  _____)
```

18       IT IS HEREBY STIPULATED by the parties through their

19  undersigned counsel, subject to the approval of the Court, that

20  counsel for plaintiff be awarded attorney fees under the Equal

21  Access to Justice Act in the amount of THREE THOUSAND EIGHT

22  HUNDRED DOLLARS AND NO CENTS ($3,800.00).  This amount represents

23  compensation for legal services rendered on behalf of plaintiff by

24  plaintiff's attorney in connection with this civil action for

25  services performed before the district court in accordance with 28

26  U.S.C. § 2412(d).

27  ///

28  ///

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: May 1, 2006        McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Kristi C. Kapetan
                          KRISTI C. KAPETAN
                          Assistant U.S. Attorney


Dated: April 28, 2006     /s/ Brian C. Shapiro
                          (As Authorized Via Facsimile)
                          BRIAN C. SHAPIRO
                          Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   June 6, 2006              /s/ Sandra M. Snyder**
icido3                         UNITED STATES MAGISTRATE JUDGE

2